UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC HOSPITAL DISTRICT NO.2         )
SNOHOMISH COUNTY WASHINGTON,          )
       Plaintiff,                     )
                                      )
       v.                             )     Civ. Action No. 06-0798 (PLF)
                                      )     ECF
MICHAEL O. LEAVITT,                   )
Secretary, United States Department of )
Health and Human Services,            )
                                      )
       Defendant.                     )

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

                        Respectfully submitted,

                        /s/

                        PETER S. SMITH, D.C. Bar #465131
                        Assistant United States Attorney
                        United States Attorney's Office
                        Civil Division
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 307-0372