From: "U.S._Postal_Service_"<U.S._Postal_Service@usps.com>
Subject: U.S. Postal Service Track & Confirm email Restoration - 7
Date: August 21, 2006 3:59:51 PM EDT
To: lalderman@a-dlaw.com

This is a post-only message. Please do not respond.

les Alderman has requested that you receive this restoration informatio Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal

Label Number: 7005 1820 0004 0055 9907

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20001 | 06/16/06 10:29am |
| Arrival at Unit | WASHINGTON DC 20001 | 06/16/06 8:06am |
| Acceptance | WASHINGTON DC 20035 | 06/14/06 2:47pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ 1.35
Certified Fee 2.40
Return Receipt Fee (Endorsement Required) 1.85
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 5.60

Sent To: Civil Process Clerk, US Attorney
Street, Apt. No.; or PO Box No. 555 4th St. NW
City, State, ZIP+4 Washington, DC 20001

PS Form 3800, June 2002      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
B. Received by (Printed Name) / JUN 19
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0055 9846

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt
Secretary DHHS
200 Independence Ave SW
Washington DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
B. Received by (Printed Name)
C. Date of Delivery: 6/19/06
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0055 9891

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540