UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC HOSPITAL DISTRICT NO. 2 SNOHOMISH COUNTY WASHINGTON,<br><br>      **Plaintiff,**<br><br>      v.<br><br>MICHAEL O. LEAVITT, SECRETARY, HEALTH AND HUMAN SERVICES,<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   Case No: 06-0798 (PLF)<br>)<br>)<br>)<br>)   ECF<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Peter S. Smith.

Dated: August 29, 2006                    Respectfully submitted,


                                          /s/
                                          PETER S. SMITH, D.C. Bar #465131


                                          /s/
                                          MEGAN L. ROSE, NC Bar # 28639
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7220
                                          (202) 514-8780 (fax)
                                          Megan.Rose@usdoj.gov