## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC HOSPITAL DISTRICT NO. 2 <br> SHOHOMISH COUNTY WASHINGTON, <br> <br> Plaintiff, <br> <br> v. <br> <br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health and Human Services, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civ. Action No. 06-0798 (PLF) <br> )   ECF <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007                    Respectfully submitted,


                                            /s/
                                            MEGAN L. ROSE, NC Bar No. 28639

                                            /s/
                                            CHARLOTTE A. ABEL
                                            D.C. Bar No. 388582
                                            Assistant United States Attorney
                                            555 Fourth St., N.W.
                                            Washington, D.C. 20530
                                            (202) 307-2332