# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC HOSPITAL DISTRICT NO. 2 <br> SHOHOMISH COUNTY WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health and Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 06-0798 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Charlotte A. Abel.

Dated: December 6, 2007                Respectfully submitted,

                                        /s/
                                       CHARLOTTE A. ABEL, D.C. Bar No. 388582

                                        /s/
                                       CHRISTOPHER B. HARWOOD
                                       N.Y. Bar No. 4202982
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       Civil Division
                                       555 4th Street, N.W.
                                       Washington, D.C. 20530
                                       (202) 307-0372